Exhibit L

**Streit Manufacturing Inc.**
2337 Bowman Street
Barrie, ON
L9S 3V6

Phone: 705-436-6661  Fax: 705-436-2091
info@armored-cars.com
www.armored-cars.com

# INVOICE 000621

**CUSTOMER NO. BANTVA**

**BILL TO:** Emkay Inc.
805 W. Thorndale Ave.
Itasca, Illinois, IL 60143

Attn Ernie Lancaster

**SHIP TO:** Bantek West INc
7361 B Lockport Pk Place
Lorton, VA 22079

| DATE | SHIP VIA | F.O.B | TERMS |
|---|---|---|---|
| 02/10/04 | Best way | Your dock | Due on Receipt |

| P.O. NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 138 A | 02/10/04 | MAR | 700901 |

| PART NUMBER DESCRIPTION | QUANTITY REQ. | SHIPPED | B.O. | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| FG UNIT# 385 | 1.000 | 1.000 | | 42,000.000 | 42,000.00 |
| VIN# 1FDSE35L53HB83508 | | | | | |
| 2003 Ford E-350 Cutaway | | | | | |
| Streit Level 3 Armored Conversion PKG | | | | | |
| 5.4 L V8 Gasoline Engine 138" Wheelbase | | | | | |
| Automatic Trasmission | | | | | |
| 9600 Lbs. GVWR Colour: White | | | | | |
| FG FEE | 1.000 | 1.000 | | 300.000 | 300.00 |
| Import Fee | | | | | |

American Dollars
Net amount                     42,300.00
Discount

Shipping                        1,750.00
                               ========
Total due:                     44,050.00

GST Number 89268 4879