# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBOUR | : | CIVIL ACTION |
| v. | : | |
| EMKAY, INC. (ILLINOIS), et al. | : | NO. 11-1869 |

## ORDER RE: PLAINTIFF'S MOTION TO AMEND THE COMPLAINT PURSUANT TO FED. R. CIV. P. 15

AND NOW, this 5th day of August, 2011, it is hereby ORDERED as follows:

1. Plaintiff's Motion to Amend the Complaint Pursuant to Federal Rule of Civil Procedure 15 (ECF No. 21) is GRANTED.

2. Plaintiff shall file the Second Amended Complaint within seven (7) days.

3. Upon the filing of the Second Amended Complaint, the Clerk shall correct the caption.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-1869 Barbour v. Emkay\Barbour - Mot to Amend Order.wpd